UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON CONTROLS TECHNOLOGY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLOW TECHNOLOGIES, LLC and WILLOW TECHNOLOGY OPERATIONS PTY LIMITED<br>        Defendants. | CASE NO. 22-mc-80299<br><br>Related to C.A. No. 21-1796 (JDW), pending in the United States District Court for the District of Delaware<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL NONPARTY BUILDINGIQ TO PRODUCE DOCUMENTS PURSUANT TO WILLOW'S SUBPOENA UNDER FED. R. CIV. P. 45**<br><br>Hearing Date:  To Be Set<br>Time:              To Be Set<br>Room:             To Be Set |

      Before the Court is Defendants Willow Technologies, LLC and Willow Technology Operations Pty Limited (collectively, "Willow")'s Motion to Compel Nonparty BuildingIQ to Produce Documents Pursuant to Willow's Subpoena Under Fed. R. Civ. P. 45 (the "Motion"). After consideration of the Motion, the Court is of the opinion that the Motion should be GRANTED.

      IT IS HEREBY ORDERED that within ten days from the date of this Order, Nonparty BuildingIQ, Inc. shall produce all documents requested in Willow's September 27, 2022 subpoena.

                                                                                                                                     _____