Kristen P.L. Reichenbach (#310419)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
United States
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500
kristen.reichenbach@kirkland.com

Adam Janes (pro hac vice)
300 N. LaSalle
Chicago, IL 60654
United States
Telephone: +1 312 862-2000
Facsimile: +1 312 862-2200
adam.janes@kirkland.com

Attorneys for Defendants Willow
Technologies, LLC and Willow Technology
Operations Pty Limited

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON CONTROLS TECHNOLOGY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WILLOW TECHNOLOGIES, LLC and WILLOW TECHNOLOGY OPERATIONS PTY LIMITED,<br><br>    Defendants. | CASE NO. 3:22-mc-80299-JD<br><br>Related to C.A. No. 21-1796 (JDW), pending in the United States District Court for the District of Delaware<br><br>**NOTICE OF WITHDRAWAL OF WILLOW'S MOTION TO COMPEL NONPARTY BUILDINGIQ TO PRODUCE DOCUMENTS PURSUANT TO WILLOW'S SUBPOENA UNDER FED. R. CIV. P. 45**<br><br>Hearing Date: February 23, 2023<br>Time: 10:00 a.m.<br>Room: Courtroom 11 - 19th Floor |

**NOTICE OF WITHDRAWAL OF MOTION PURSUANT TO CIVIL L.R. 7-7(e)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, Pursuant to Civil L.R. 7-7(e), Defendants Willow Technologies, LLC and Willow Technology Operations Pty Limited ("Willow") hereby withdraws its Motion to Compel Nonparty BuildingIQ, Inc. ("BuildingIQ") to Produce Documents Pursuant to Willow's Subpoena Under Fed. R. Civ. P. 45 (Dkt. 1, the "Motion to Compel"), the hearing for which was set by the Court for February 23, 2023 (*see* Dkt. 12). BuildingIQ did not file an opposition to Willow's Motion to Compel. Willow represents that Willow and BuildingIQ have resolved their dispute. Thus, Willow withdraws its Motion to Compel pursuant to Civil L.R. 7-7(e) and respectfully requests that the Court take the February 23, 2023 Hearing off-calendar and terminate the above-captioned action.

DATED: January 24, 2023

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Kristen P.L. Reichenbach*
Kristen P.L. Reichenbach (#310419)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
United States
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500
kristen.reichenbach@kirkland.com

Adam Janes (pro hac vice)
300 N. LaSalle
Chicago, IL 60654
United States
Telephone: +1 312 862-2000
Facsimile: +1 312 862-2200
adam.janes@kirkland.com

Attorneys for Defendants Willow Technologies, LLC and Willow Technology Operations Pty Limited

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I served a true and correct copy of the following documents on counsel listed below via email and by Fed Ex on behalf of Willow Technologies, LLC and Willow Technology Operations Pty Limited.

**WILLOW'S NOTICE OF WITHDRAWAL OF WILLOW'S MOTION TO COMPEL NONPARTY BUILDINGIQ TO PRODUCE DOCUMENTS PURSUANT TO WILLOW'S SUBPOENA UNDER FED. R. CIV. P. 45**

*Counsel for Nonparty BuildingIQ, Inc.:*

Brett M. Larson
Messerli Kramer
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
blarson@MesserliKramer.com

*Counsel for Plaintiff Johnson Control Technology Company:*

Adam W. Poff, Esquire
Anne Shea Gaza, Esquire
Samantha G. Wilson, Esquire
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Indranil Mukerji, Esquire
Stephen A. Marshall, Esquire
Linda Chang, Esquire
John B. Goerlich, Esquire
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238

Eric L. Saunders, Esquire
Gabrielle K. Antonello, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099


   /s/ Kristen P.L. Reichenbach
   Kristen P.L. Reichenbach